IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY BROOKS, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 3:18-CV-1450-D |
| UNITED STATES DEPARTMENT OF EDUCATION, | § | |
| Defendant. | § | |

## **ORDER**

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Rebecca Rutherford dated August 16, 2019. The court has reviewed the findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge and dismisses this action without prejudice by judgment filed today.

**SO ORDERED**.

September 10, 2019.

SIDNEY A. FITZWATER
SENIOR JUDGE

1